IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN and CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, a California non-profit corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>DIANA DOOLEY, in her official capacity as Secretary of the CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>          Defendant. | Case No. 3:15-cv-05120<br><br>ORDER |

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following schedule in this matter:

    a.    Defendant Motion to Dismiss:    December 30, 2015

    b.    Plaintiffs' Response to Motion to Dismiss:    January 20, 2016

    c.    Defendant's Reply in Support of Motion to Dismiss:    January 27, 2016

    d.    Hearing on Motion to Dismiss:    February 11, 2016

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  12/10/2015

_____
The Honorable Haywood S. Gilliam, Jr.