IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN and CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, a California non-profit corporation,**<br><br>                                    Plaintiffs,<br><br>          v.<br><br>**DIANA DOOLEY, in her official capacity as Secretary of the CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>                                    Defendant. | Case No. 3:15-cv-05120<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE** |

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that the briefing schedule on Defendant's Motion to Dismiss remains unchanged, but the hearing date is continued to **March 3, 2016**, at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  January 25, 2016

The Honorable Haywood S. Gilliam, Jr.

1

[Proposed] Order (3:15-cv-05120)