Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Athul K. Acharya (SBN: 315923)
acharya@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR Plaintiffs
Bruce Anderson, John Wilson,
Robert Austin, and California
Advocates for Nursing Home
Reform

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN, and CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, a California non-profit corporation<br><br>Plaintiffs,<br><br>v.<br><br>MARK GHALY, in his official capacity as Secretary of the CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:15-cv-05120-HSG<br><br>**STIPULATED REQUEST TO CONTINUE PLAINTIFFS' DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS**; ORDER<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

In accordance with Civil Local Rules 6-1(b) and 6-2 of the U.S. District Court for the Northern District of California, the parties respectfully request that Plaintiffs' deadline to respond to Defendant's motion to dismiss be extended to December 10, 2019.

The reason for the requested extension is that counsel for Plaintiffs is currently in trial. (Declaration of Mathew Borden ("Borden Decl.") ¶ 2); *see Optronic Techs., Inc. v. Ningbo Sunny Elec. Co., Ltd.*, No. 16-cv-06370-EJD (N.D. Cal.).

The following time modifications have taken place in this case:

- On December 10, 2015, the Court ordered a stipulated briefing schedule and hearing date for Defendant's motion to dismiss Plaintiffs' original complaint. (Dkt. 9.)
- On January 25, 2016, the Court changed the hearing date for Defendant's motion to dismiss Plaintiffs' original complaint by stipulation. (Dkt. 17.)
- On October 8, 2019, the parties stipulated to a three-week extension for Defendant to respond to Plaintiffs' first amended complaint. (Dkt. 36.)

The requested extension would result in the following schedule:

- Plaintiffs' Opposition Defendant's Motion to Dismiss:   December 10, 2019
- Defendants' Reply in Support of Motion to Dismiss:   December 17, 2019.
- Hearing on Motion to Dismiss:   January 16, 2020 (unchanged).

Accordingly, the Parties respectfully request that the Court order the above change in schedule.

Dated: November 15, 2019                              BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

Attorneys for Plaintiffs Bruce Anderson, John Wilson, Robert Austin, and California Advocates for Nursing Home Reform

1                                        Case No. 4:15-cv-05120-HSG
STIPULATED REQUEST TO CONTINUE PLAINTIFFS' DEADLINE TO OPPOSE MOTION TO DISMISS

# DECLARATION OF MATTHEW BORDEN

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and represent the Plaintiffs, Bruce Anderson, John Wilson, Robert Austin, and California Advocates for Nursing Home Reform. If called as a witness, I could, and would, testify competently to the facts below.

2. I and my firm are currently in trial, and have been for some time, in *Optronic Techs., Inc. v. Ningbo Sunny Elec. Co., Ltd.*, No. 16-cv-06370-EJD (N.D. Cal.).

3. The following time modifications have taken place in this case:

   a. On December 10, 2015, the Court ordered a stipulated briefing schedule and hearing date for Defendant's motion to dismiss Plaintiffs' original complaint. (Dkt. 9.)

   b. On January 25, 2016, the Court changed the hearing date for Defendant's motion to dismiss Plaintiffs' original complaint by stipulation. (Dkt. 17.)

   c. On October 8, 2019, the parties stipulated to a three-week extension for Defendant to respond to Plaintiffs' first amended complaint. (Dkt. 36.)

4. The requested extension would result in the following schedule:

   a. Plaintiffs' Opposition Defendant's Motion to Dismiss:   December 10, 2019

   b. Defendants' Reply in Support of Motion to Dismiss:   December 17, 2019.

   c. Hearing on Motion to Dismiss:   January 16, 2020.

5. Defendant's counsel, Hadara Stanton, indicated by email sent on November 13, 2019, that Defendant agreed to the above schedule modification. And on November 15, Ms. Stanton approved the filing of this stipulated request.

I swear under penalty of perjury of the laws of California that the foregoing is true and correct to the best of my knowledge.

Dated: November 15, 2019

_____
Matthew Borden

**ORDER**

Upon stipulation of the parties, and having found that they have good cause, the Court ORDERS that the following schedule shall apply to this case:

- Plaintiffs' Opposition Defendant's Motion to Dismiss:   December 10, 2019
- Defendants' Reply in Support of Motion to Dismiss:   December 17, 2019.
- Hearing on Motion to Dismiss:   January 16, 2020.

ACCORDING TO STIPULATION, IT IS SO ORDERED.

Dated: 11/18/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge