Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Athul K. Acharya (SBN: 315923)
  acharya@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR Plaintiffs
Bruce Anderson, John Wilson,
Robert Austin, and California
Advocates for Nursing Home
Reform

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN, and CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GHALY, in his official capacity as Secretary of the CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:15-cv-05120-HSG<br><br>**STIPULATED REQUEST TO CONTINUE CASE-MANAGEMENT CONFERENCE; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: Feb. 12, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2 |

Case No. 4:15-cv-05120-HSG
STIPULATED REQUEST TO CONTINUE CASE-MANAGEMENT CONFERENCE

In accordance with Civil Local Rules 6-1(b) and 6-2 of the U.S. District Court for the Northern District of California, the parties respectfully request that the case-management conference (CMC) currently set for February 12, 2020, be continued to February 19, 2020.

On February 7, the Court reset the CMC from February 11 to February 12. (Dkt. 46.) Counsel for Plaintiffs, however, must attend a court-ordered mediation in another case on that February 12. (Declaration of Mathew Borden ("Borden Decl.") ¶ 2.) Counsel for both parties are available on February 19. Thus, the parties request that the CMC be reset for that date.

The following time modifications have taken place in this case:

- On December 10, 2015, the Court ordered a stipulated briefing schedule and hearing date for Defendant's motion to dismiss Plaintiffs' original complaint. (Dkt. 9.)
- On January 25, 2016, the Court changed the hearing date for Defendant's motion to dismiss Plaintiffs' original complaint by stipulation. (Dkt. 17.)
- On October 8, 2019, the parties stipulated to a three-week extension for Defendant to respond to Plaintiffs' first amended complaint. (Dkt. 36.)
- On November 15, 2019, the parties stipulated to extend the briefing schedule for Defendant's motion to dismiss. (Dkt. 39.)

The requested extension would result in the following schedule:

- Case-management conference: February 19, 2020, at 2:00 p.m.

Accordingly, the Parties respectfully request that the Court order the above change in schedule.

**IT IS SO STIPULATED.**

Dated: February 10, 2020     BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

Attorneys for Plaintiffs Bruce Anderson, John Wilson, Robert Austin, and California Advocates for Nursing Home Reform

| | |
|---|---|
| 1 | **DECLARATION OF MATTHEW BORDEN** |
| 2 | I, Matthew Borden, declare: |
| 3 | 1. I am licensed to practice before this Court and represent the Plaintiffs, Bruce |
| 4 | Anderson, John Wilson, Robert Austin, and California Advocates for Nursing Home Reform. If |
| 5 | called as a witness, I could, and would, testify competently to the facts below. |
| 6 | 2. I must attend a court-ordered mediation in *Mou v. SSC San Jose Operating Co.*, No. |
| 7 | 5:18-cv-1911-EJD, on February 12, 2020. |
| 8 | 3. The following time modifications have taken place in this case: |
| 9 | a. On December 10, 2015, the Court ordered a stipulated briefing schedule and |
| 10 | hearing date for Defendant's motion to dismiss Plaintiffs' original complaint. |
| 11 | (Dkt. 9.) |
| 12 | b. On January 25, 2016, the Court changed the hearing date for Defendant's motion |
| 13 | to dismiss Plaintiffs' original complaint by stipulation. (Dkt. 17.) |
| 14 | c. On October 8, 2019, the parties stipulated to a three-week extension for |
| 15 | Defendant to respond to Plaintiffs' first amended complaint. (Dkt. 36.) |
| 16 | d. On November 15, 2019, the parties stipulated to extend the briefing schedule for |
| 17 | Defendant's motion to dismiss. (Dkt. 39.) |
| 18 | 4. The requested extension would result in the following schedule: |
| 19 | a. Case-management conference: February 19, 2020. |
| 20 | 5. Defendant's counsel, Dane Barca, indicated by email sent on February 10, 2020, at |
| 21 | 10:37 a.m., that Defendant agreed to the above schedule modification. And on the same date, |
| 22 | Mr. Barca approved the filing of this stipulated request. |
| 23 | I swear under penalty of perjury of the laws of California that the foregoing is true and |
| 24 | correct to the best of my knowledge. |
| 26 | Dated: February 10, 2020 |
| | Matthew Borden |

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: February 10, 2020

_____
Matthew Borden

**ORDER**

Upon stipulation of the parties, and having found that they have good cause, the Court ORDERS that the case-management conference in this case be reset from February 12, 2020, to February 19, 2020, at 2:00 p.m.

ACCORDING TO STIPULATION, IT IS SO ORDERED.

Dated: 2/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge