HOOPER, LUNDY & BOOKMAN, P.C.
101 MONTGOMERY STREET
11TH FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 875-8500 • FAX: (415) 986-2157

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN AND CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, A CALIFORNIA NON-PROFIT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GHALY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:15-cv-05120-HSG<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF CALIFORNIA ASSOCIATION OF HEALTH FACILITIES<br><br>(as modified) |

Upon consideration of the Motion of the California Association of Health Facilities for Administrative Relief for Leave to File *Amicus Curiae* Brief in support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment, and the entire record herein, it is hereby

**ORDERED** that the Motion is GRANTED, and it is

**FURTHER ORDERED** that the Brief of California Association of Health Facilities as Amicus Curiae in Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment be e-filed on the docket by counsel.

Dated: 5/11/2020

_____
Honorable Haywood S. Gilliam, Jr.

HOOPER, LUNDY & BOOKMAN, P.C.
101 MONTGOMERY STREET
11TH FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 875-8500 • FAX: (415) 986-2157