IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRUCE ANDERSON, JOHN WILSON, ROBERT AUSTIN and CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, a California non-profit corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK GHALY, in his official capacity as Secretary of the CALIFORNIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>Defendant. | Case No. 4:15-cv-05120-HSG<br><br>**ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following briefing schedule for Defendant's Motion for Summary Judgment:

    a.    Defendant's Motion for Summary Judgment (MSJ):    January 11, 2021

    b.    Plaintiffs' Response to MSJ:    February 1, 2021

    c.    Defendant's Reply in Support of MSJ:    February 15, 2021

1 | Pursuant to stipulation, IT IS SO ORDERED.

3 | Dated: 10/15/2020

_____
The Honorable Haywood S. Gilliam, Jr.