1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    BRUCE ANDERSON, et al.,                 Case No.  15-cv-05120-HSG

8                    Plaintiffs,             **ORDER ON SUPPLEMENTAL**
                                             **BRIEFING**
9           v.

10   DIANA DOOLEY, et al.,

11                   Defendants.

12

13          Given that Plaintiffs' 42 U.S.C. § 1983 claim is based on alleged violations of the Federal

14   Nursing Home Reform Act—namely 42 U.S.C. §§ 1395i-3(e)(3), 1396r(e)(3) and relevant

15   implementing regulations—the Court is interested in the perspective of the United States Center

16   for Medicare and Medicaid Services ("CMS"), the federal agency charged with promulgating the

17   regulations at issue.   Specifically, the Court is interested to know CMS's position on whether

18   California's readmission hearing process complies with the federal statutes and regulations at

19   issue in this case.  Accordingly, the Court **DIRECTS** the parties to submit simultaneous

20   supplemental briefing of five pages or less by March 19, 2021 answering the following two

21   questions: (1) Do the parties object to the Court seeking the position of CMS on the issues

22   presented by this case?; and (2) Do the parties have suggestions as to the proper mechanism for

23   eliciting that position?

24

25          **IT IS SO ORDERED.**

26   Dated:   3/15/2021

27                                           _____

28                                           HAYWOOD S. GILLIAM, JR.
                                             United States District Judge

United States District Court
Northern District of California