UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIANA DOOLEY, et al.,<br><br>    Defendants. | Case No. 15-cv-05120-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 131 |

    Judgment is hereby entered consistent with the Court's Order Re Cross-Motions for Summary Judgment,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 10th day of March, 2022.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.